DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEMETRIUS CAREY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2931

[November 9, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 06-1080CF10A.

Demetrius Carey, Punta Gorda, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***